AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

EASTERN _____ District of MASSACHUSETTS

ELIA S. THORNTON

v.

SONESTA INTERNATIONAL HOTELS CORPORATION

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 05-11858 NG

TO: (Name and address of Defendant)

SONESTA INTERNATIONAL HOTELS CORPORATION
116 HUNTINGTON AVENUE
BOSTON, MA 02116

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NEIL V. MADDEN
14 DORCHESTER STREET
BOSTON, MA 02127

an answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    SEP 14 2005

CLERK                                                DATE

(By) DEPUTY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Address of Server

Executed on ______ Date ______ Signature of Server

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**DECLARATION OF SERVER**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**STATEMENT OF SERVICE FEES**

☐ Other (specify):

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

October 7, 2005
I hereby certify and return that on 9/29/2005 at 1:49PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Johnathan Pressman,Clerk General Office,agent at the time of service for Sonesta International Hotels Corporation, at , 116 Huntington Avenue, Boston, MA 02116. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff

Deputy Sheriff Daniel Murray

AO 440 (Rev. 10/93) Summons in a Civil Action