**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-11858-NG**

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ELIA S. THORNTON** | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **SONESTA INTERNATIONAL** | * |
| **HOTELS CORPORATION** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * *

## SCHEDULING CONFERENCE MEMORANDUM



The parties jointly propose the following as a memorandum and scheduling schedule in the above captioned case:

1.     The parties have met and have established a relationship where they should be able to work jointly to expedite discovery and possible settlement of this case.

2.     The parties propose a six month schedule for discovery. There may be some depositions which will have firm schedule due to the fact that the plaintiff will travel from France to participate.

3.     Written discovery should be completed in four months.

4.     Depositions and final discovery should be complete in six months.

5.     Any discovery related motions will be filed and heard within the six month discovery

6.     If there are other motions they should be filed and heard with in nine months.

7.     Other than the depositions and possible expert witnesses there should be no extraordinary costs associated with this action.

8.     Once discovery is complete the parties will be open to alternative dispute resolution.

9.     No settlement has been proposed to date.

Respectfully submitted
the parties
By their Attorneys


Neil V. Madden
Madden Law Office
14 Dorchester Street
Boston, Mass. 02127
(617) 269-1408
BBO#:561716

Bertram Snyder
Looney and Grossman, LLp.
101 Arch Street
Boston, Mass. 02110
(617) 951-2800
BBO#: 471320

Dated: December 15, 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-11858-NG**

* * * * * * * * * * * * * * * * * * * *

**ELIA S. THORNTON**                          *
       **Plaintiff,**                          *
                                 *
**v.**                          *
                                 *
**SONESTA INTERNATIONAL**                          *
**HOTELS CORPORATION**                          *
       **Defendant**                          *

* * * * * * * * * * * * * * * * * * * *

||ECF —

## SCHEDULING CONFERENCE MEMORANDUM

Today   DEC. 15, 2005

The parties jointly propose the following as a memorandum and scheduling schedule in the above captioned case:

1.    The parties have met and have established a relationship where they should be able to work jointly to expedite discovery and possible settlement of this case.

2.    The parties propose a six month schedule for discovery. There may be some depositions which will have firm schedule due to the fact that the plaintiff will travel from France to participate.

3.    Written discovery should be completed in four months. by April, 15, 2006

4.    Depositions and final discovery should be complete in six months. by 6 - 01, 2006

5.    Any discovery related motions will be filed and heard within the six month discovery by 6-20-06

6.    If there are other motions they should be filed and heard with in nine months. by - 9-1-01

7.    Other than the depositions and possible expert witnesses there should be no extraordinary costs associated with this action.

8.    Once discovery is complete the parties will be open to alternative dispute resolution.

9.    No settlement has been proposed to date.

But Syl
- Neill Mass

STATUS Conference        June 20, @ 3:00 P.M
Set trial date                                          12. 15-01