UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| ELIA S. THORNTON ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 05-11858 NG |
| ) | |
| SONESTA INTERNATIONAL HOTELS ) | |
| CORPORATION ) | |
| _____) | |

## OFFER OF JUDGMENT

Now comes the defendant Sonesta International Hotels Corporation and pursuant to FRCP 68 serves upon the plaintiff an offer of judgment in the amount of ten thousand ($10,000.00) dollars.

                                                SONESTA INTERNATIONAL HOTELS
                                                CORPORATION,
                                                By its attorneys,

Dated: February 1, 2006                    /s/ Bertram E. Snyder
                                                Bertram E. Snyder, BBO#471320
                                                Patrick O. McAleer, BBO#642627
                                                LOONEY & GROSSMAN, LLP
                                                101 Arch Street
                                                Boston, Massachusetts 02110
                                                (617) 951-2800

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non registered participants.

                                     /s/ Bertram E. Snyder
                                     Bertram E. Snyder