UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIA S. THORNTON )<br>)<br>)<br>)<br>v. )<br>)<br>SONESTA INTERNATIONAL HOTELS )<br>CORPORATION )<br>) | Civil Action No. 05-11858 NG |

### AGREEMENT FOR JUDGMENT AND JUDGMENT SATISFIED

Now come the parties and stipulate that the following entry may be made on the docket:

Judgment for plaintiff for $10.00 without interest and without costs, judgment satisfied, all notice requirements and rights to appeal waived.

| PLAINTIFF | DEFENDANT |
|---|---|
| By her attorney, | By its attorney, |
| *[signature]* | *[signature]* |
| Neil V. Madden, Esq., BBO #561716 | Bertram E. Snyder, BBO #471320 |
| 14 Dorchester Street | LOONEY & GROSSMAN, LLP |
| Boston, MA 02127 | 101 Arch Street |
| (617) 269-1408 | Boston, MA 02110 |
| | (617) 235-8643 |

L:\1372\098\Pld\08                            1